THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Charles
 Highfill, Appellant.
 
 
 

Appeal From Lexington County
 Alexander S. Macaulay, Circuit Court
 Judge
Unpublished Opinion No. 2009-UP-234
Submitted May 1, 2009  Filed May 27, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Charles
 Highfill appeals his guilty plea and sentence possession of crack cocaine,
 arguing an insufficient factual basis for his plea existed.  Highfill filed a
 separate pro se brief.  After
 a thorough review of the record, counsel's brief, and the pro se brief, pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's
 motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and
 KONDUROS, JJ., concur

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.